# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROY L. BOWMAN, | ) |
| Petitioner, | ) ) ) |
| vs. | ) NO. CIV-19-0542-HE ) |
| JIMMY MARTIN, Warden, | ) ) |
| Respondent. | ) |

## ORDER

Petitioner Roy L. Bowman, appearing by counsel, filed this action pursuant to 28 U.S.C. § 2254, challenging his conviction for murder in the second degree in the District Court of Comanche County, Oklahoma. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Gary M. Purcell for initial proceedings. Defendant filed a motion to dismiss the petition to which petitioner has responded. Judge Purcell has issued a Report and Recommendation recommending that the petition be dismissed as untimely.

Petitioner, having failed to object to the Report, has waived his right to appellate review of the factual and legal issues it addressed. Casanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the Report and Recommendation [Doc. #15] is **ADOPTED**. The petition is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated this 23rd day of December, 2019.

                                                              JOE HEATON
                                                              UNITED STATES DISTRICT JUDGE